[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-13850
Non-Argument Calendar

_____

D.C. Docket No. 8:16-cv-00971-MAP

DAWN BAKER,

                                        Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant - Appellee.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 22, 2019)

**ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES**

Before ED CARNES, Chief Judge, TJOFLAT, and NEWSOM, Circuit Judges.

PER CURIAM:

This case is back before us on remand from the Supreme Court for further consideration in light of our intervening decision in <u>Washington v. Commissioner of Social Security</u>, 906 F.3d 1353 (11th Cir. 2018).  <u>See</u> <u>Baker v. Berryhill</u>, 139 S. Ct. 1257 (2019).  We VACATE the judgment of the district court and REMAND the case to the district court for further consideration in light of <u>Washington</u>, 906 F.3d 1353.

**VACATED and REMANDED.**